1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | NO. 1:09-CR-00369-AWI |
| 11 | Plaintiff, ) | ORDER CONTINUING STATUS HEARING |
| 12 | v. ) | [Document # 42] |
| 13 | MICHAEL HO, et al. ) | |
| 14 | Defendants. ) | |
| 15 | _____ ) | |

16
17

    Pursuant to the stipulation filed by the parties on April 15, 2010, the status hearing set for

18

April 19, 2010 is rescheduled to May 17, 2010 at 9:00 a.m.

19
20

IT IS SO ORDERED.

**Dated:    April 16, 2010**                    _/s/ Anthony W. Ishii_

21

                               CHIEF UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28