1

ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI

2

1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711

3

Telephone:  (559) 221-0200
Fax:  (559) 221-7997

4

E-mail:  capozzilaw@aol.com

5

Attorney for Defendant,

6

SANDEEP SINGH

7

8

9

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

10

* * * * *

11

12

| UNITED STATES OF AMERICA, | ) | Case No.: CR-F-09-0369 AWI |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION  TO CONTINUE STATUS |
| vs. | ) | CONFERENCE AND ORDER THEREIN |
| | ) | |
| SANDEEP SINGH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

13

14

15

16

17

18

19

        IT IS HEREBY STIPULATED between the Defendant, SANDEEP SINGH, by and through

20

his attorney-of-record, Anthony P. Capozzi, MICHAEL HO, by and through his attorney of record,

21

Jeffrey Hammerschmidt, and Plaintiff, by and through Assistant United States Attorney, Kathleen

22

Servatius, that the Status Conference now set for Monday, May 17, 2010 be continued to Monday,

23

June 21, 2010 at 9:00 a.m.

24

        It is further stipulated by the parties that any delay resulting from this continuance shall be

25

excluded on the following basis:

26

27

28

1

a.    Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

b.    Title 18, United States Code, Section 3161(h)(7)(B)(ii) -- that it is unreasonable to expect        adequate preparation for pre-trial proceedings or for the trial itself with the time limits        established due to the complexity of the case.

Respectfully submitted,

Dated: May 13, 2010

/s/  Anthony  P.  Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SANDEEP SINGH

Dated: May 13, 2010

/s/  Jeffrey  Hammerschmidt
Jeffrey Hammerschmidt,
Attorney for Defendant,
MICHAEL HO

Dated: May 13, 2010

/s/  Kathleen  Servatius
Kathleen Servatius,
Assistant U.S. Attorney

2

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Status Conference set for Monday, May 17, 2010 is vacated and continued to Monday, June 21, 2010 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:    May 13, 2010**                          **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

3