IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDEEP SINGH,<br><br>    Defendant. | 01:09-CR-00369 AWI<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO OBTAIN COPY OF SEALED TRANSCRIPTS |

   The United States of America, by and through BENJAMIN B. WAGNER, the United States Attorney for the Eastern District of California, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, having requested permission to receive copies of the sealed transcripts in this case for use in the sentencing of the defendant Sandeep Singh, and good cause appearing therefore,

   IT IS HEREBY ORDERED that the court reporter may provide a copy of the sealed transcripts for November 30, 2010 and December 7, 2010 in this case to the United States Attorney's Office.

IT IS SO ORDERED.

Dated:   January 3, 2011                                   _____
                                                           CHIEF UNITED STATES DISTRICT JUDGE

1