ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SANDEEP SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-CR-0369 AWI |
| Plaintiff, | ORDER TO OBTAIN COPY OF SEALED TRANSCRIPTS |
| vs. | |
| SANDEEP SINGH, | |
| Defendant. | |

Defendant SANDEEP SINGH, by and through his attorney, Anthony P. Capozzi, requests permission to receive copies of the sealed transcripts provided to the Government in this case for use at the sentencing hearing of the Defendant, SANDEEP SINGH.

/ / /

/ / /

- 1 –

IT IS HEREBY ORDERED that the court reporter may provide a copy of the sealed transcripts in this case to the Defendant's attorney, Anthony P. Capozzi.

IT IS SO ORDERED.

Dated:   January 7, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE